# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154518 & (12)(17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RODNEY JURON-LEE JOHNSON,
      Defendant-Appellant.

SC: 154518
COA: 333373
Wayne CC: 13-010292-FH

_____/

On order of the Court, the application for leave to appeal the September 9, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to expand the record and the motion for writ of subpoena duces tecum are DENIED.

CLEMENT, J., did not participate.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2017



Clerk

a1120